IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:10-CV-39-FL

| | |
|---|---|
| JO L. PETERSON for ) | |
| H.B. III, a minor ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER FOR EAJA FEES |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant | |

Upon application of the plaintiff, and with no objection by defendant, It is ORDERED that the Commissioner of Social Security pay to plaintiff the sum of $3675.00 in fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2412. Upon payment of such sum this case is dismissed with prejudice.

SO ORDERED this 18th day of May, 2011.

_____
LOUISE W. FLANAGAN
Chief United States District Judge